2 ct

# ORIGINAL

July 23, 2001

TO : JUDGE YVETTE KANE

SUBJECT : NEED A APPOINTED ATTORNEY

FILED
HARRISBURG
JUL 2 4 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

        I Robert L. Ward JR, plaintiff civil action no.1:cv-00-1126 requesting that a appointed attorney represent me in the above civil action. I'am unable to afford legal fee to hire a attorney.

Thank You
Very Much

Robert L. Ward JR