**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT L. WARD, JR.,<br>Plaintiff | CIVIL ACTION NO.<br>1:cv-00-1126 |
| V | |
| DEFENSE LOGISTICS AGENCY<br>DEFENSE DISTRIBUTION CENTER<br>Defendant | |

FILED
HARRISBURG, PA
OCT 22 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR SUMMARY JUDGMENT

Plaintiff, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court to enter summary judgment for the plaintiff on the ground that there is no genuine issue as to any material fact, and the plaintiff is entitled to judgment as a matter of law.

In support of this motion, plaintiff refers to the record in this action, including the amended complaint, the answer to it and pleadings.

October 22, 2002

*Robert L. Ward Jr.*
ROBERT L. WARD, JR.
Plaintiff
1628 Catherine Street
Harrisburg, PA. 17104