IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT L. WARD,<br>　　　　Plaintiff, | CIVIL ACTION NO. 1:CV-00-1126<br>Judge Kane |
| v. | |
| DEFENSE LOGISTICS AGENCY<br>DEFENSE DISTRIBUTION CENTER,<br>　　　　Defendant. | |

## ORDER

Plaintiff has filed a motion for summary judgment (Doc. No. 15). As of this date, he has not filed a supporting brief. Local Rule 7.5 states that "if supporting legal briefs are not filed within the time provided in this rule such motion shall be deemed to be withdrawn." Therefore, IT IS HEREBY ORDERED that Plaintiff shall file a brief in support of his motion for summary judgment pursuant to Local Rule 7.5 on or before December 13, 2002 or the motion will be deemed withdrawn.

　　　　　　　　　　　　　　　　　　　　　　／s／ Yvette Kane
　　　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: 11/25, 2002