ORIGINAL



RB 12/12/

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


ROBERT L. WARD, JR.              :           CIVIL ACTION NO.
     Plaintiff                          :           1:cv-00-1126
                       :           Judge Kane
                       :
                       :
                       :
                       :
        V              :
                       :                    **FILED**
                       :            HARRISBURG, PA
                       :              DEC 10 2002
                       :        MARY E. D'ANDREA, CLERK
DEFENSE LOGISTICS AGENCY :        Per_____
DEFENSE DISTRIBUTION CENTER :
     Defendant              :


## BRIEF IN SUPPORT OF SUMMARY JUDGMENT


On May 16, 1997, I was injured at work. I returned back to work with a
job-related injury with restriction documents. Restrictions being a lifting
weight limit of a maximum of 45 pounds. On or around October 27, 199[?]
Frank O' Brien, Agency Defense Distribution Susquehanna, PA to recei[ve]
additional medical information to wear a harness, informed me to go bac[k]

to my doctor. On October 23, 1997 I went to my doctor. I received at that time restriction documents stating I was to avoid wearing any weight or harness. On or around December 29, 1997, Frank O' Brien to go back to my doctor informed me again. He was insisting I return to the original job I was injured on. I stated to him I have restriction documents that I am not to perform that duty any longer. I returned again to my position. On January 5, 1998, I was given restriction of not to lift no more than 25 pounds indefinite. I had a seating limit of 15 minutes per hour. Due to extensive pain in my left leg, due to the previous injury. On or about February 3, 1998, I was issued a letter from branch chief Frank O' Brien after I declined to sign the sheet to say I received the harness. On or about March 10, 1998, the same letter was sent to the Division Office to the attention of Mr. Herb Messner, assistant division chief. After I was called to his office and was asked to sign the same sheet, I again declined to sign it. On or about April 7, 1998, the "sheet" was sent back to branch chief Mr. Frank O' Brien's office. At that time I contacted a union representative by the name of Mr. Frank Ward and ask him to meet me at Mr. O' Brien's office. During this meeting, I was issued the same "sheet" to sign for the harness. I again declined to sign. Mr. O' Brien stated that from the date of the sheet that I was to sign that I had (14) fourteen days reply or disciplinary actions would be taken. After (14) days passed, on about April 30, 1998, Mr. O' Brien came down to "Active Items", my work area and asked me in the office if I wanted an extension on the 14 days. I stated no. The work leader known as "Bruce" was also present during this conversation. On May 14, 1998, the "sheet" in which I was to sign for the harness was sent to my immediate supervisor Mr. Ken Slaseman. I was called to his office, I called back and asked Mr. Slaseman what was the issue in regards to wanting to see me. I asked, "Did I need a union rep?" He stated, "yes". Then he proceeded to tell me he would get Andy Jackson. I stated no; I will get my own representative. Approximately, 5 minutes later I proceeded to Mr. Slaseman's office. I saw Andy Jackson and Mr. Slaseman going over documents pertaining to me. At that time I requested Andy Jackson to leave out of my meeting. then left. Mr. Slaseman and I proceeded to talk. He asked me to sign for the harness. I again declined and left the office approximately 5 minutes

later. He then got Andy Jackson to initial the "sheet". Then he had an employee by the name of John Lewis to bring the copy of the document me uncovered. I feel this is a violation of the Privacy Act, as well as biased. I am tired of being harassed and intimidated by Mr. Frank O' Br and Mr. Ken Slaseman. I was getting very stressed when I came to work was a union representative. I feel that as evidence shows management is biased as well as having violated the Privacy Act against me. On May 1 1998, I filed a complaint with the Equal Opportunity Commission Offic of Federal Operations, Washington, D.C. The Office of Federal Operatio stating in their return letter, on June 1, 1998, that the primary responsibility for processing complaints at the counseling, formal complaint, and investigation stages remains with the federal agency in which the complaint arose (Title 29 C.F.R. Part 1614). From July 1998 t March 24,1999, I was consistently being harassed by Frank O'Brien stating I need to return back to my doctor for more documentation on my indefinite restriction by my position. Frank O' Brien harassed me every week. I was requested to go back and see my position more than any oth employees in my department witnessed by Phyllis Holiday and Gloria King- Monroe. I was told by Phyllis Holiday that Frank O' Brien said no to talk to me when she arrived in storage "Active Items". Later I was tol by my first line supervisor Ken Slaseman that I was a lazy individual. Frank O'Brien turned coworkers in my section against me making my work area a hostile environment. Frank O' Brien made me very stressful almost everyday making me have serious headaches. On March 30, 1999 filed a precomplaint with the Equal Opportunity Commission at Defense Distribution Depot Susquehanna. On May 4, 1999, during mediation, the complaint was not resolved. On May 28, 1999, I filed a formal complain of discrimination with the Defense Distribution Center Susquehanna, Pennsylvania Headquarters. Title 29 C.F.R. Section 1614 states to condu a complete and fair investigation of a complaint within 180 days of the filing day of the complaint. July 8, 1999, I wrote a memorandum to Patricia A. Compton, Equal Employment Manager at the Defense Distribution Center Susquehanna, Pennsylvania stating to her I felt that that the Agency is not investigating my complaint and also I felt that I a not receiving fair treatment under the Title 29 C.F.R. Section 1614. I fee

that the Equal Opportunity at the Defense Distribution Center was and have been very bias towards African- Americans in handling and investigating their complaints to the fullest. On August 3, 1999, I receiv a letter from Patricia A. Compton, Equal Employment Office at the Defense Distribution Center stating she is going to dismiss my complair without giving me full rights to Title 29 C.F.R. 1614. On August 27, 199 I appealed that bias dismissal to the Equal Employment Opportunity Commission Office of Federal Operations. From August 27, 1999 up un January 7, 2000, Frank O' Brien was consistently harassing me. On January 7, 2000, I was so stressed; I resigned from the Defense Depot Susquehanna, Pennsylvania. At that time, my complaint was still pendin in the Equal Opportunity Office of Federal Operations Washington, D.C On June 15, 2000 I filed a petition in the United States District Court for the Middle District of Pennsylvania against the Defense Logistics Agenc Defense Distribution Center.

## Exhibit

A: Medical Document, May 19, 1998
    South Central Neurologic Associates
B: Medical Document, May 28, 1998
    South Central Neurologic Associates
C: Medical Document, June 1, 1998
    Kunkel Surgical Group
D: Medical Document, June 2, 1998
    Community Imaging Associates
E: Medical Document, June 23, 1998
    Health South Rehabilitation
F: Medical Document, November 28, 2000
    Pinnacle Health Physical Therapy
G: Employabilty Assessment Form
    December 1, 2000
H: Medical Document, June 29, 2001
    Polyclinic Hospital
I: Medical Document, July 30, 2001

Neurology Center, P.C.
J: Medical Document, June 1, 1998
    Kunkel Surgical Group, Dr. Richard G. Manning
K: Medical Document, October 28, 1998
    Colonial Park Family Practice, Dr. Megan J. Borror
L: Medical Restriction, October 23, 1997/ January 6, 1998

## Conclusion

Therefore Motion for Summary Judgment should be
Awarded.
1. $300,000 in Compensatory Damages
2. $30,000 a year from January 7, 2000 to being reinstated
3. Full employee reinstatement rights

Therefore Motion for Summary Judgment should be
Rendered.

December 10, 2002

Robert L. Ward JR.
Plaintiff
1628 Catherine Street
Harrisburg, PA 17104

# SOUTH CENTRAL
# NEUROLOGIC ASSOCIATES



Gerald T. Turgeon, D.O.

Michael E. Jones, D.O.

The
Arrington
Group

May 19, 1998

Megan J. Borror, M.D.
Colonial Park Family Practice
4813 Jonestown Road
Suite 205
Harrisburg, PA    17109

RE:  Robert Ward
     5-19-98

Dear Dr. Borror:

It was my pleasure to evaluate your patient Robert Ward for neurologic consultation in my office on 5-19-98. As you will recall he is a very pleasant 38-year-old gentleman who presents with complaints of left leg pain and numbness. He states that he had a hernia surgery repair in 1997. He began to notice left leg pain shortly after the surgery. He states that the pain is worse over the last year. He has also developed weakness of the left leg particularly with exertion. Numbness and pain radiate from the left lumbar region into the left thigh, left calf and down to the left lateral malleolus.

He hasn't noticed any pain particularly with Valsalva, however, the pain is worse whenever he is lying flat. The pain is also increased with physical exertion. He has not experienced any urinary incontinence or any fecal incontinence. He has been taking Ibuprofen for pain.

Past medical history is none.

Past surgical history is positive for two hernia repairs involving the left inguinal region.

Family history is noncontributory.

Review of systems finds that he has never had neuromuscular, endocrine, hematologic, rheumatologic, cardiovascular or pulmonary disease.

Social history finds that he does smoke a pack of cigarettes every other day and he denies ethanol.

Medication includes Ibuprofen.

He has no known drug allergies.

Page 2
RE:  Robert Ward
5-19-98

Neurologic evaluation revealed the following.  For cerebral functions I find that he is awake, alert and oriented to person, place and time.  He follows commands and answers questions appropriately.  There is no agnosia, aphasia or apraxia identified. Judgement and abstract thinking are intact.

For cranial nerves I find that pupils are equal and reactive to light and accommodation.  Extraocular muscles are intact.  Visual fields are intact symmetrically.  Funduscopic examination reveals no papilledema.   Spontaneous venous pulsations are present. Sensory to face is intact.  Muscles of mastication are intact. There is no facial asymmetry.  Hearing is intact symmetrically. The soft palate elevates bilaterally upon phonation. He is able to flex the sternocleidomastoid and trapezius muscles symmetrically without difficulty and the tongue protrudes midline.

Cerebellar exam finds no dysdiadochokinesis or dysmetria.  He performs finger-to-nose and heel-to-shin without ataxia.  Gait is not ataxic.

Motor exam finds 5/5 and symmetric strength of the deltoids, biceps, triceps, wrist extensors, wrist flexors, grip strength, iliopsoas, quadriceps, hamstrings, anterior tibialis, gastrocnemius and foot intrinsics.  Straight leg raising is negative.

Sensory exam finds that light touch, deep touch, vibratory and proprioception are generally intact.

Deep tendon reflexes are 2/4 symmetrically of the biceps, triceps, brachial radialis, patellar and Achilles.  There is no Hoffmann's, Tromner's or Babinski signs identified.

IMPRESSION:

Your patient's complaints are seen most consistent with an S1 radiculopathy on the left.  I am not certain, however, how this might relate to any previously performed hernia surgery.  At this point I will, however, perform an MRI of the lumbar spine and an EMG of the left lower extremity in an attempt to further rule out radiculopathy.  I have in the meantime asked him to continue with his Ibuprofen.  I will follow up with this gentleman in my office in the near future to perform the EMG.

Thank you for allowing me to participate in your patient's care.

Sincerely,

Michael E. Jones, D.O.

MEJ:dlc
Dictated but not read

# SOUTH CENTRAL
# NEUROLOGIC ASSOCIATES

May 28, 1998

*Gerald T. Turgeon, D.O.*

*Michael E. Jones, D.O.*



The
Arrington
Group

Megan Borror M.D.
Colonial Park Family Practice
4813 Jonestown Road
Harrisburg, PA  17109

             RE:  Robert Ward

Dear Dr. Borror:

It was my pleasure to evaluate your patient Robert Ward for EMG
studies of the left lower extremity in my office on May 28, 1998.
Both motor and sensory nerve conduction studies were performed on
the left lower extremity as well as EMG needle examination.

The left peroneal motor onset latency was normal at 5.06 and the
compound muscle action potential was reduced comparatively to the
left tibial motor compound muscle action potential.  The conduction
velocity of the left peroneal motor nerve between the ankle and
fibular head was normal at 63.7 meters per second.  The left tibial
motor onset latency was normal at 3.28 and the compound muscle
action potential was normal at 8.08.   The left tibial F response
was normal at 48.59 milliseconds.  The left sural sensory onset and
peak latencies were normal at 3.40 and 3.98 respectively.   The
sensory nerve action potential was normal at 13.19 microvolts.

EMG needle examination was performed on the left lower extremity
and  specific  muscles  examined  electromyographically  may  be
referenced on my report, however, the left gluteus maximus revealed
2+ fibrillation potential.  The left S1 paraspinal muscle revealed
3+ positive sharp waves.  I would like to note that the positive
sharp waves were large and there were complex repetitive discharges
identified consistent with chronic denervation.

**IMPRESSION:**  This EMG study is abnormal and reveals the following:

   1. Acute on chronic S1 radiculopathy on the left.
   2. Decreased compound muscle action potential identified in
      the left extensor digitorum brevis muscle likely represents
      focal trauma to the extensor digitorum brevis muscle.  This
      is a common finding.  Please correlate clinically.

Sincerely,

*Michael E. Jones, D.O.*

Michael E. Jones, D.O.

MEJ/dmr
dictated but not read

5/28/98   10:13 am

# S Central Neurologic Assoc / Occupational Rehab
### 805 Sir Thomas Court
### Harrisburg, PA. 17109

**Patient:** WARD, ROBERT L.
**Patient ID:** 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
**Sex:** Male

**Physician:** MICHAEL JONES, DO
**Ref Phys:** MEGHAN J. BORROR, MD

## Nerve Conduction Report:

### Motor Nerves

| Nerve | Site | Onset Lat (ms) | Amplitude | Seg Name | Delta (ms) | Distance (cm) | Velocity (m/s) |
|-------|------|----------------|-----------|----------|------------|---------------|----------------|
| L Peroneal | EDB | | O-P (mV) | | 0 | | |
| | Ankle | 5.06 | 3.24 | B Fib-Ankle | 6.61 | 35.50 | 53.7 |
| | B Fib | 11.67 | 2.47 | | | | |
| L Tibial | AbdHal | | O-P (mV) | | | | |
| | Ankle | 3.28 | 8.08 | | | | |
| L Tibial F | AbdHal | | | | | | |
| | Ankle | 49.38 | | | | | |
| | | 45.00 | | | | | |
| | | 48.59 | | | | | |

### Sensory Nerves

| Nerve | Site | Onset Lat (ms) | Peak Lat (ms) | Amplitude |
|-------|------|----------------|---------------|-----------|
| L Sural | LatMal | | | O-P (µV) |
| | 14 cm | 3.40 | 3.98 | 13.19 |

## EMG Report:

| Side | Muscle | Nerve | Root | INS | FIBS | PSW | FASC | AMP | POLY | RECR | INT PAT | COMMENT |
|------|--------|-------|------|-----|------|-----|------|-----|------|------|---------|---------|
| L | TibAnt | Peroneal | L4-5 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| L | MedGastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| L | VastusLat | Femoral | Lw-4 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| L | GluteusMed | SupGlu | L4-S1 | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | |
| L | GluteusMax | InfGlu | L5-S2 | Nml | 2+ | Nml | Nml | Nml | Nml | Nml | Nml | |
| L | S1 Parasp | | | Nml | Nml | 3+ | Nml | Nml | Nml | Nml | Nml | |
| L | L5 Parasp | | | Nml | Nml | Nml | Nml | Nml | Nml | Nml | Nml | CRD'S PRESENT |

## Conclusions:
SEE REPORT

# KSG
## Kunkel Surgical Group

*Diplomats of the American Board of Surgery*
*Fellows of the American College of Surgeons*

John A. Rossi, M.D.
Salvatore A. Parascandola, M.D.
J. Bret DeLone, M.D.

Raymond F. Kostin, M.D.
Paul A. Kunkel, M.D.
Richard G. Manning, M.D.

June 1, 1998


Megan Borror, M.D.
Colonial Park Family Practice
'813 Jonestown Road, Suite 205
.arrisburg, PA 17109

RE:  Robert Ward

Dear Megan:

This is just a note to keep you informed regarding Robert Ward. As you
know, he has had long-term complaints related to his left inguinal
herniorrhaphy which was done in 6/97. This has mainly been in the form
of making work difficult for him because of perceived pain and numbness
in the left thigh especially being made worse by heavy work and/or
certain positions or devices that he needs at work; particularly a belt
that he has to wear around his body during some jobs.

I had previously asked him to seek attention with an anesthesiologist
for potential injections, and he has refused that therapy.
.dditionally, since I felt like getting a handle on his degree of
.isability was difficult, I set him up to see someone at HealthSouth
Rehabilitation for a functional work capacity assessment. After a phone
call and discussion with the gentleman regarding this, he decided he did
not want to have that evaluation done. He has sought the attention of
Dr. Turgeon, a neurologist in town, who has ordered an MRI of the lumbar
area and has seen him on several occasions, and is working up a possible
nerve injury to this area.

I have clarified as best I could for his Worker's Compensation the
restrictions that are required which I can give to the best of my
ability. However, as I stated in the previous letter, it would be
advantageous to have this definitively assessed. I tried to explain to
him the difference between simply knowing that there is an injury to the
muscles and nerves and actually being able to assess the degree of
injury so as to more specifically assign him work duty. I do not know

# COMMUNITY
# IMAGING ASSOCIATES

Michael Jones, D.O.
805 Sir Thomas Court
Harrisburg, PA   17109

RE:  Robert L. Ward, Jr.
D.O.B.:  July 24, 1959
S.S.#:   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
Date of Exam:  June 2, 1998

*Refer to Momin
for lumbar epidurals
Dx: Radiculitis
Not th. operable*



The
Arlington
Group

## MRI SCAN OF THE LUMBOSACRAL SPINE

__HISTORY:__   Low back pain radiating down the left leg after work related injury.

__TECHNIQUE:__   Proton density and T2 weighted sagittal images; axial and sagittal T1 weighted images.  Contrast is not administered.

__FINDINGS:__    The patient has a fairly pronounced scoliosis to the right.  This can cause difficulties in diagnosis of disc herniation inasmuch as disc asymmetry related to a scoliosis can have the same appearance as disc asymmetry related to true herniation. Therefore, in all instances, clinical correlation is suggested.

The L5-S1 level demonstrates disc bulging without convincing evidence for herniation.  There is mild bony productive change but no significant foraminal stenosis.

The more superior interspaces reveal mild degenerative disc disease but no evidence for herniation or stenotic change of significance.

Aside from changes typically seen with a scoliosis the paraspinous soft tissues are normal.  There is no evidence for spondylolisthesis although there is some exaggeration of the lumbar lordosis.  The conus is normal.

__IMPRESSION:__  1. Degenerative disc disease predominantly at L5-S1.
               2. Scoliosis to the right.  There is also some exaggeration of the lumbar lordosis.

Thank you for referring this patient to our facility.

                    Sincerely,

                    *W Mush*

                    William J. Meisler, M.D.

WJM:dlc
Date Transcribed:  6-2-98

*mf 6/3/98*

865 South Arlington Avenue ● Harrisburg, PA 17109 ● (717) 652-1652 ● Toll Free 1-800-233-5040 ● Fax (717) 652-1201

# HEALTHSOUTH
Rehabilitation of Mechanicsburg
Acute Rehabilitation Hospital



June 23, 1998

Michael Jones, D.O.
805 Sir Thomas Court
Harrisburg, PA  17109

RE:  ROBERT WARD

Dear Dr. Jones:

I had the pleasure of seeing your patient, Mr. Robert Ward, at the Mechanicsburg Rehabilitation Hospital's Pain Clinic for a possible lumbar epidural steroid injection to help treat his chronic lower back pain and left lower extremity radicular symptoms.  Thank you very much for the kind referral.

As you know, he is a 38-year-old male who has been having pain involving his lower back and left leg since a work related injury he suffered on 5/16/97 after doing some heavy lifting.  Apparently at that time he suffered from a left inguinal hernia which was surgically corrected, but since then he has had persistent radicular pain down his left leg without any relief.

A recent lumbar spine MRI was consistent with diffuse degenerative changes most prominently at the L5-S1 level.

After evaluating him today, I performed a fluoroscopically guided epidural steroid injection using a translaminar approach at the L5-S1 interspace.  A total of 10 cc's of normal saline and 80 mg of Methylprednisolone was injected.  He tolerated the procedure well.

He was instructed to call us anytime after two weeks should a second injection be recommended.

Thank you once again for allowing me to participate in his care.

Sincerely,

Malik N. Momin, M.D.



## PINNACLEHEALTH
### Physical Therapy

| | |
|---|---|
| **Silver Springs Commons Shopping Center** 6520 Carlisle Pike Mechanicsburg, PA 17055 (717) 697–5806 795–8958 FAX | **Dillsburg Shopping Center** 860 N. US 15 Dillsburg, PA 17019 (717) 432–7719 432–7531 FAX |

| | | |
|---|---|---|
| **Polyclinic Hospital** 2601 North Third Street Harrisburg, PA 17110 (717) 782–2344 782–4200 FAX | **Seidle Hospital** 120 South Filbert Street Mechanicsburg, PA 17055 (717) 795–6740 795–6737 FAX | **Harrisburg Hospital** 111 South Front Street Harrisburg, PA 17101 (717) 782–5590 782–5581 FAX |

**OUTPATIENT PRESCRIPTION:**

Date: 11/28/~

NAME: _Robert Ward_

DIAGNOSIS: _CHRONIC LUMBAR STRAIN_

- ☐ Physical Therapy Consultation
- ☒ Physical Therapy Evaluation & Treatment
- ☐ Physician's Recommendations (indicate below)

**Rx** _LOW BACK MODALITIES_
_FOR STRENGTHENING_

Special Precautions:

_3X/WK FOR 1 WEEK_
_TEACH HOME PROGRAM_

Next Physician's Appointment:

Signature _____ MD/DO

7091–01 (2/97)

F

## EMPLOYABILITY ASSESSMENT FORM

| RECORD NAME: Robert Ward Jr | IDENTIFICATION | | |
|---|---|---|---|
| | CO. 22 | RECORD NO. 0228382 | DIST. |

| WORKER: Debbie Graham | CASELOAD NO.: 1794 | DATE: |
|---|---|---|

**SECTION I** Must be completed by applicant/recipient for public assistance

PLEASE PRINT OR WRITE CLEARLY. BE SURE TO SIGN YOUR NAME AND DATE THIS FORM IN THE APPROPRIATE SPACE BELOW.

| NAME: Robert L. Ward Jr | BIRTHDATE: 7-24-59 | SOCIAL SECURITY NO.: 412 02 6022 |
|---|---|---|
| ADDRESS: 1628 Catherine | TELEPHONE NUMBER: 221-9474 | |
| Harrisburg, PA. | | ZIP CODE 17104 |

BRIEFLY EXPLAIN WHY YOU BELIEVE YOU CANNOT WORK:

Degenerative disc disease, Lumbar

I HEREBY AUTHORIZE ALL MEDICAL PROVIDERS TO RELEASE ANY MEDICAL INFORMATION THAT IS RELATED TO MY EMPLOYABILITY TO THE PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE. THE INFORMATION OBTAINED WILL BE USED ONLY FOR PURPOSES RELATED TO AN ASSESSMENT OF MY ABILITY TO WORK AND MY ELIGIBILITY FOR PUBLIC ASSISTANCE.

x _Robert L. Ward_     _Robert L. Ward Jr_     _Dec 1, 2000_
(SIGNATURE) PUBLIC ASSISTANCE APPLICANT/RECIPIENT     PRINT NAME     DATE

AFTER YOU HAVE COMPLETED THIS SECTION, ARRANGE FOR AN APPOINTMENT WITH A LICENSED PHYSICIAN (MEDICAL DOCTOR OR DOCTOR OF OSTEOPATHY) OR PSYCHOLOGIST. GENERAL ASSISTANCE BENEFITS OR AN EXEMPTION FROM TANF WORK REQUIREMENTS CANNOT BE AUTHORIZED FOR YOU UNTIL THE FULLY-COMPLETED FORM IS RETURNED TO THE COUNTY ASSISTANCE OFFICE WORKER.

RETURN TO:

045788

PA 1663 - 6/97

**SECTION II  (To be completed by a licensed physician or psychologist)**

The information on this form will be used by DPW to make an assessment of your patient's qualification for GA benefits or an exemption from TANF work requirements based on his or her inability to work. Please complete this section based on your evaluation of the patient's statement in Section I, your examination of the patient, and your use of other medical procedures.

**EMPLOYABILITY  (Check Only One)**

1. ☐  **PERMANENTLY DISABLED** - Has a physical or mental condition which **permanently** precludes any gainful employment. The patient is a candidate for Social Security Disability or SSI.

2. ☒  **TEMPORARILY DISABLED - 12 MONTHS OR MORE** - Is currently disabled due to a temporary condition as a result of an injury or an acute condition and the disability **temporarily** precludes any gainful employment.

   The temporary disability began _10/25/00_ and is expected to last until _10/24/01_.
                                    DATE                                    DATE

   The patient may be a candidate for Social Security Disability or SSI benefits.

3. ☐  **TEMPORARILY DISABLED - LESS THAN 12 MONTHS** - Is currently disabled due to a temporary condition as a result of an injury or an acute condition and the disability **temporarily** precludes any gainful employment.

   The temporary disability began ___/___/___ and is expected to last until ___/___/___.
                                    DATE                                    DATE

4. ☐  **EMPLOYABLE** - The patient's physical and/or mental condition is such that he or she can work.

**EXAMINATION RESULTS:  (Both parts of this Section Must Be Completed if #1 or #2 above is Checked. If not completed, the client will be ineligible for GA or will not be exempt from TANF work requirements.)**

1. DIAGNOSIS (Primary and Secondary):

   PRIMARY: Degenerative Disc Disease

   SECONDARY: Radiculopathy

2. ASSESSMENT BASED UPON: (Check all that apply)

   ☒  A.  PHYSICAL EXAMINATION               ☐  D.  APPROPRIATE TESTS AND DIAGNOSTIC PROCEDURES

   ☒  B.  REVIEW OF MEDICAL RECORDS          ☐  E.  OTHER (Specify) _____

   ☒  C.  CLINICAL HISTORY                       _____

AS A LICENSED MEDICAL PROVIDER, I CERTIFY THAT I HAVE READ AND COMPLIED WITH THE ATTACHED INSTRUCTIONS AND THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY PROFESSIONAL KNOWLEDGE. I FURTHER CERTIFY THAT MY DIAGNOSIS AND ASSESSMENT ARE BASED SOLELY ON THE PATIENT'S CONDITION AS DETERMINED BY MY EXAMINATION. I UNDERSTAND AND AGREE THAT MY DIAGNOSIS AND SUPPORTING DOCUMENTATION MAY BE SUBJECT TO REVIEW BY THE DEPARTMENT OF PUBLIC WELFARE.

MEDICAL PROVIDER (PRINT NAME):                                      TELEPHONE NO.:
MARIJO SZADA MD                                                     (717) 980-0794
ADDRESS:
381 S. Front St  Steelton  Pa 17103

_Marijo Szada, ms_                    TDW0946706A                    12-01-00
SIGNATURE                             MEDICAL ASSISTANCE PROVIDER NO.    DATE

04578C                                                              PA 1663 - 6/97



WARD, ROBERT
RM#: POS
MRN: 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
CASE: 00210357432
ADM: 06/29/2001

**POLYCLINIC HOSPITAL**
2601 North Third Street
Harrisburg, PA 17110

COMPREHENSIVE POLYSOMNOGRAM          06/29/2001

**CLINICAL DATA:**

Mr. Robert Ward is 41-year-old male with history of difficulty to initiate and maintain sleep, problems breathing at night. The patient has history of snoring. He gives history of excessive daytime somnolence. He has increased difficulty to alert while reading and driving.

**TECHNICAL DESCRIPTION:**

This is an All Night Sleep Study continuously monitoring the EEG, chin muscle activity and eye movement for sleep staging. Respiratory monitors include nasal and oral air flow, using a triple port thermocouple. Respiratory effort was measured by piezoelectric technology employing an abdominal and thoracic belt. Blood oxygen saturation level was monitored by pulse oximetry. In addition, a continuous EMG monitoring of the lower extremities was recorded using surface electrodes for possible nocturnal myoclonus.

The procedure was closely monitored by technician using ultra low light video equipment.

**RESULTS:**

The patient fell asleep 56 minutes after lights out. Latency to stage 1 was 56 minutes, latency to stage 2 was 57 minutes, latency to stage REM was 236 minutes from sleep onset. There were no stages 3, 4 of sleep present in this study. The patient spent 13 minutes 4% in stage 1 of sleep, 172 minutes 53% in stage 2 of sleep, 73% minutes 7% in stage REM. EMG monitoring of the lower extremities shows frequent periodic leg movements in sleep. There were 83 myoclonic twitches present with periodic leg movement index 24 per hour. Total time in bed was 6.3 hours, total sleep time was 3.5 hours. Sleep efficiency was 55%.

Respiratory monitoring shows occasional obstructive sleep apnea and hypopnea. There were 39 respiratory events present with apnea and hypopnea index 11 per hour. Baseline oxygen saturation level was 99%. Lowest oxygen saturation level was recorded at 83%. Multiple awakenings, frequent arousals were present in this study.

NEUROLOGY DEPARTMENT          NEUROLOGY DEPARTMENT          NEUROLOGY DEPARTMENT

**CHART COPY**



PINNACLEHEALTH

WARD, ROBERT
RM#:  POS
MRN:  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
CASE:  00210357432
ADM:  06/29/2001

IMPRESSION:

This All Night Sleep Study shows poor sleep efficiency 55%.  Multiple awakenings, frequent arousals were recorded in this study.  Prolonged sleep latency was present suggestive of sleep delayed phase.  There was mild obstructive sleep apnea recorded in this study with total of 39 respiratory events with apnea and hypopneic index 11 per hour.  In addition, frequent periodic leg movements in sleep were present initially with total of 83 myoclonic twitches recorded during this All Night Sleep Study.   Treatment options will be discussed with patient.

ORIGINAL:  MARIA MICHALEK, M.D.
c:

DICTATED BY:  MARIA MICHALEK, M.D.
              Diplomate, American Board of Sleep Medicine
**DD:**  07/05/2001
**DT:**  07/09/2001 /dac
**D#:**  855095

NEUROLOGY DEPARTMENT        NEUROLOGY DEPARTMENT        NEUROLOGY DEPARTMENT

**CHART COPY**

# PINNACLEHEALTH SLEEP CENTER



### POLYSOMNOGRAPHY REPORT

### PATIENT INFORMATION

Name:            ROBERT WARD
Date of Birth:   7/24/59
Hospital No:     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A1                    Age:   42
Study No:        ANS                              Sex:   M

Date of Study:   06-29-2001

Technical Description: This is an overnight polysomnographic study using standardized parameters including EEG, EOG, EKG, anterior tibialis and chin EMG, blood oxygen saturation, oral and nasal airflow, respiratory effort monitoring with both abdominal and thoracic gauges. The patient was given a detailed sleep questionnaire.

Start Time: 22:39:52                        Lights Off Time: 22:39:56
End Time: 05:03:19                          Lights On Time: 05:03:11

Time in Bed (TIB):                                6.3 hours
Sleep Period (Sleep Onset to last sleep):Unknown tag: SPT2H hours
Total Sleep Time (TST):                           3.5 hours
Sleep Efficiency (TST/TIB):                       54.6%

| STAGE DISTRIBUTION | Minutes | %SPT |
|---|---|---|
| Stage Wake | 171.8 | 53.4 |
| Stage 1 | 12.5 | 3.9 |
| Stage 2 | 171.5 | 53.3 |
| Stage 3 | 0.0 | 0.0 |
| Stage 4 | 0.0 | 0.0 |
| Stage REM | 23.0 | 7.2 |
| Non-REM | 184.0 | 57.2 |

| LATENCIES | Latencies (min) |
|---|---|
| Sleep Onset | 56.4 |
| Stage 1 | 56.4 |
| Stage 2 | 56.9 |
| Stage 3 | - |
| Stage 4 | - |
| Stage REM | 235.9 |

### PERIODIC MOVEMENTS

| Movement Types | Total # of Movements | Index |
|---|---|---|
| Isolated | 83 | 24.1 |
| Periodic | 0 | - |
| Isolated w/arousal | 11 | 3.2 |
| Periodic w/arousal | 0 | - |
| Periodic w/apnea | 0 | - |
| Isolated w/resp events | 11 | 3.2 |

## AROUSALS

|  | Number | REM | Non-REM | Index | Index REM | Index Non-REM |
|---|---|---|---|---|---|---|
| Total Arousals | 86 | 7 | 79 | 24.9 | 18.3 | 25.8 |
| Arousal associated w/Resp. Events | 26 | 4 | 22 | 7.5 | 10.4 | 7.2 |
| Snore Arousals | 0 | 0 | 0 | - | - | - |
| Arousal associated w/Periodic Movement | 0 | 0 | 0 | - | - | - |

Total Awakenings: 30

## RESPIRATORY SUMMARY

|  | # of Events | Index/Hr | # with Desaturations |
|---|---|---|---|
| Obstructive | 0 | - | 0 |
| Central | 0 | - | 0 |
| Mixed | 1 | 0.3 | 1 |
| Hypopnea | 38 | 11.0 | 14 |
| Apnea+Hypopnea | 39 | 11.3 | 15 |

## RESPIRATORY EVENTS BY POSITION

|  |  | APNEA | HYPOPNEA | APNEA + |
|---|---|---|---|---|
| SUPINE | NUMBER | 1 | 7 | 8 |
|  | INDEX | 6.1 | 42.4 | 48.4 |
| PRONE | NUMBER | 0 | 0 | 0 |
|  | INDEX | - | - | - |
| LEFT SIDE | NUMBER | 0 | 0 | 0 |
|  | INDEX | - | - | - |
| RIGHT SIDE | NUMBER | 0 | 31 | 31 |
|  | INDEX | - | 9.4 | 9.4 |
| SITTING | NUMBER | 0 | 0 | 0 |
|  | INDEX | - | - | - |

## RESPIRATORY EVENTS BY STAGE

|  |  | TOTAL | | REM | | NON-REM | |
|---|---|---|---|---|---|---|---|
|  |  | Number | Index | Number | Index | Number | Index |
| TOTAL | Apnea + Hypopnea | 39 | 11.3 | 8 | 20.9 | 31 | 10.1 |

## SLEEP CONTINUITY

| | | | |
|---|---|---|---|
| Number of Arousals: | 86 | SNORING EVENTS: | 0 |
| Number of Awakenings: | 30 | SNORING INDEX: | - |
| Arousal Index: | 24.9 | # of Tachycardias: | 0 |
| Percentage Central: | 0.0 | # of Bradycardias: | 0 |
| Percentage Obstructive: | 0.0 | | |
| Percentage Mixed: | 100.0 | | |

## OXYGENATION AND HEART RATE

| | Min SaO2 | Max SaO2 | Ave SaO2 | Min HR | Max HR | Ave HR |
|---|---|---|---|---|---|---|
| Wake | 81.0 | 100.0 | 97.3 | 32.0 | 119.0 | 73.4 |
| REM | 93.0 | 99.0 | 96.7 | 52.0 | 92.0 | 71.7 |
| NREM | 83.0 | 100.0 | 95.1 | 48.0 | 120.0 | 70.4 |
| Sleep | 83.0 | 100.0 | 95.2 | 48.0 | 120.0 | 70.5 |
| Total | 81.0 | 100.0 | 96.2 | 32.0 | 120.0 | 71.9 |



# Neurology Center, P.C.

897 Poplar Church Road
Camp Hill, PA 17011
(717) 975-8585
Fax: (717) 975-0670

Maria Michalek, M.D.
Todd L. Samuels, M.D.
Ravi Dukkipati, M.D.

July 30, 2001


Mary Jo Szada, M.D.
381 S. Front Street
Steelton, PA 17113

RE:    Robert L. Ward, Jr.

Dear Doctor Szada:

Mr. Ward was seen in our office with a history of excessive daytime tiredness and sleepiness. The patient has a known history of inability to initiate and maintain sleep. His recent All Night Sleep Study shows sleep delayed phase and a poor sleep efficiency of 55%. Occasional periodic leg movements in sleep were recorded in this study. There was no significant obstructive sleep apnea and hypopnea present in this study.

The results of the test were discussed with the patient. I suggested that he initiate treatment with Trazodone 50 mg HS.

Thank you for referring this patient to our office.

Sincerely yours,

Maria Michalek, M.D.

MM:mk

6022

RAYMOND F. KOSTIN, M.D. - 031429L
JOHN A. ROSSI, M.D. - 027547E
SALVATORE A. PARASCANDOLA, M.D. - 035681E

J. BRET DeLONE, M.D. - 041721L
PAUL A. KUNKEL, M.D. - 042880E
RICHARD G. MANNING, M.D. - 041449L

Medical Arts Building                    Phone: 761-7244                    Camp Hill, PA 17011

For _____    Date 6/15/8

Address _____

R̶x̶  Should Not Wear a
Body Armor It may it all
the Work in —

☐ GENERIC SUBSTITUTE
☐ LABEL
REFILL X

SUBSTITUTION PERMISSIBLE _____ M.D.
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HAND-
WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

**COLONIAL PARK FAMILY PRACTICE**

KEVIN J. KELLY, M.D., ABFP      MEGAN J. BORROR, M.D., ABFP
LORI A. BUCK, P.A.-C.                    TERRI L. JOHNSON, P.A.-C.

4807 JONESTOWN ROAD, SUITE 141
HARRISBURG, PA 17109
717-657-3030

NAME *Robert W. Aird*      DATE *10-28-98*

ADDRESS _____

*No lifting more than 25 lbs
at anytime, indefinitely
(diagnosis : L5-S1 degenerative disc.)*

SUBSTITUTION PERMISSIBLE _____

REFILL X _____ DEA NO. _____

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE
PRESCRIBER MUST HANDWRITE "BRAND NECESSARY" OR "BRAND
MEDICALLY NECESSARY" IN THE SPACE BELOW.

_____

## INDIVIDUAL SICK SLIP

☐ ILLNESS    ☐ INJURY

**DATE** 1/6/98

**LAST NAME - FIRST NAME - MIDDLE INITIAL OF PATIENT**
Ward, Robert

**SERVICE NUMBER/SSN** 6022

**GRADE/RATE**

**ORGANIZATION AND STATION**

### UNIT COMMANDER'S SECTION

**IN LINE OF DUTY**

**REMARKS**

### MEDICAL OFFICER'S SECTION

**IN LINE OF DUTY**

**DISPOSITION OF PATIENT**

☐ SICK BAY    ☐ DUTY    ☐ QUARTERS
☐ NOT EXAMINED    ☐ HOSPITAL    ☐ OTHER *(Specify)*:

**REMARKS**
Limited to 25 lb. lift.
Lifting limit to 15
min per hr
Thanks

**SIGNATURE OF UNIT COMMANDER**

**SIGNATURE OF MEDICAL OFFICER**

**DD** FORM 1 MAR 63 **689**    PREVIOUS EDITIONS ARE OBSOLETE.

---

## INDIVIDUAL SICK SLIP

☐ ILLNESS    ☐ INJURY

**DATE** 10/23/97

**LAST NAME - FIRST NAME - MIDDLE INITIAL OF PATIENT**
Ward, Robert

**SERVICE NUMBER** 6022

**GRADE/RATE**

**ORGANIZATION AND STATION**

### UNIT COMMANDER'S SECTION

**IN LINE OF DUTY**

**REMARKS**

### MEDICAL OFFICER'S SECTION

**IN LINE OF DUTY**

**DISPOSITION OF PATIENT**

☑ DUTY    ☐ QUARTERS
☐ SICK BAY    ☐ HOSPITAL
☐ NOT EXAMINED    ☐ OTHER *(Specify)*

**REMARKS**
Return to Work
Avoid wearing any weight
Around his waist.

**SIGNATURE OF UNIT COMMANDER**

**SIGNATURE OF MEDICAL OFFICER**

**DD** FORM 1 MAR 63 **689**    S/N 0102-LF-001-0101 PREVIOUS EDITIONS ARE OBSOLETE.    U.S. GOVERNMENT PRINTING OFFICE: 1993—504-079/00195