JUDGE'S COPY

FILED
HARRISBURG
JAN 15 2003
MARY E. D'ANDREA
Per _____

January 13, 2003

To: Federal Court Clerk

Case # CV-00-1126

Subject: Change of address

This letter is to inform the Federal Court that my address has changed. The new address is 1630 Catherine Street, Harrisburg, PA, 17104.

Thank You,
Robert L. Ward JR.

*Robert L. Ward* (signature)