## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. WARD,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 1:CV-00-1126** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **DEFENSE LOGISTICS AGENCY** | : | |
| **DEFENSE DISTRIBUTION CENTER,** | : | |
| **Defendant** | : | |

## ORDER

Before the Court is Plaintiff's motion for summary judgment. (Doc. No. 15). The motion was filed on October 22, 2002. On November 25, 2002, this Court ordered Plaintiff to file a brief in support of his motion or the motion would be deemed withdrawn. Plaintiff filed a brief on December 10, 2002. However, Plaintiff has not served Defendant the pleading as required by Federal Rule of Civil Procedure 5(a), or at least has not filed a certificate of service with the Court as required by Rule 5(d). Therefore, Plaintiff is **ORDERED** to serve his motion and brief on Defendant by first class mail in accordance with Federal Rule of Civil Procedure 5(b) and file a certificate of service with this Court once he has done so. Plaintiff shall complete service within ten (10) days of the date of this order or his motion will be stricken from the record.

  s/ Yvette Kane
Yvette Kane
United States District Judge

Date: April 4, 2003