l ħ ₵

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROBERT L. WARD, JR. | : CIVIL ACTION NO. |
| Plaintiff | : 1:cv-00-1126 |
|  | : Judge Kane |
|  | : |
| V | : |
|  | : |
|  | : |
|  | : |
|  | : |
| DEFENSE LOGISTICS AGENCY | : |
| DEFENSE DISTRIBUTION CENTER | : |
| Defendant | : |

FILED
HARRISBURG, PA

APR 1 0 2003

MARY E. D'ANDREA CLERK
Per_____

## CERTIFICATE OF SERVICE

I, ROBERT L. WARD, JR., Plaintiff, hereby certify that on this date I caused to served a copy of the foregoing BRIEF IN SUPPORT OF SUMMARY JUDGMENT by taking it Personally.

Joseph J. Terz
Assistant U.S. Attorney
228 Walnut Street, P.O. Box 11754
Harrisburg, PA 17108

ROBERT L. WARD JR.
Plaintiff

*Robert L. Ward Jr.*

April 10, 2003