TAM:JJT:nl

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. WARD, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 1:CV-00-1126 |
| v. | : | |
| | : | |
| DEFENSE LOGISTICS AGENCY | : | (KANE, J.) |
| DEFENSE DISTRIBUTION CENTER, | : | |
| | : | |
| Defendant. | : | (Electronically Filed) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant respectfully moves this Court for summary judgment. The grounds for this Motion are set forth in the Brief in Support to be filed in accordance with Local Rule 7.5.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


    s/ Joseph J. Terz
Joseph J. Terz
Assistant U.S. Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania  17108
Attorney ID. No. PA 55480
(717) 221-4482
(717) 221-4582 (Facsimile)
joseph.terz@usdoj.gov

Dated:  June 5, 2003

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel certifies that he has not sought the concurrence of Plaintiff because the Plaintiff is proceeding pro se.

          s/ Joseph J. Terz
JOSEPH J. TERZ
Assistant U.S. Attorney

TAM:JJT:nl

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. WARD, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 1:CV-00-1126 |
| v. | : | |
| | : | |
| DEFENSE LOGISTICS AGENCY | : | (KANE, J.) |
| DEFENSE DISTRIBUTION CENTER, | : | |
| | : | |
| Defendant. | : | (Electronically Filed) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 5th day of June, 2003, she served a copy of the attached

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

> Mr. Robert L. Ward, Sr.
> 1630 Catherine Street
> Harrisburg, Pennsylvania  17104

> s/ Naomi Losch
> Naomi Losch
> Legal Assistant

N:\NLosch\terz\docs\ward motion for summary judgment.wpd