IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. WARD, JR.** | : | **CIVIL ACTION NO. 1:CV-00-1126** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **DEFENSE LOGISTICS AGENCY** | : | |
| **DEFENSE DISTRIBUTION CENTER** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

On June 5, 2003, Defendant filed a Motion for Summary Judgment.  On June 19, 2003, Defendant filed a Brief in Support for Summary Judgment.  To date, Plaintiff has failed to file any opposition to the Motion for Summary Judgment.

Accordingly, **IT IS HEREBY ORDERED THAT** no later than July 25, 2003, Plaintiff shall show cause why Defendant's motion should not be granted as unopposed.  If Plaintiff fails to comply with this order, the Court may deem the motion unopposed, pursuant to Local Rule 7.6, and/or dismiss Plaintiffs' claims pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and comply with a court order.


    S/ Yvette Kane
Yvette Kane
United States District Judge

Dated: July 11, 2003