**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

1:CV-00-1126

Sent To *Robert Ward*
Street, Apt. No.; or PO Box No. *1630 Catherine St.*
City, State, ZIP+4 *Harrisburg, PA 17104*

PS Form 3800, June 2002                    See Reverse for Instructions

7099 3470 0001 2470 2007