PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

R. WARD                           7/12/03

1. Article Addressed to:

Robert Ward
1630 Catherine St.
Harrisburg, PA 17104

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7002 2410 0001 2371 2686

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-0835

**FILED**
**HARRISBURG, PA**

JUL 1 8 2003

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

1-CV-00-1126
7-11-03 order