# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT   _Pennsylvania_      _Middle District_
                      (District/State)         (Location)

U.S. TAX COURT [ ]                        CIRCUIT COURT
                                          DOCKET NO. _____
                                                      (Leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

                                          DISTRICT or
Robert L. Ward Jr                         TAX COURT
                                          DOCKET NO.  _1:CV-00-1126_

         v                                DISTRICT or
                                          TAX COURT
Defense Logistics Agency                  JUDGE
Defense Distribution Center
                                          FILED
                                          HARRISBURG PA
                                          JAN 15 2004
                                          MARY E. D'ANDREA, CLERK
                                          Per _____

Notice is hereby given that   _Robert L. Ward Jr_
                                  (Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment
[✓] Order [ ] Other (Specify) _____

_____

entered in this action on  _Dec. 9, 2003_
                              (Date)
DATED:

_____
(Counsel for Appellant-Signature)

_____           _____
(Name of Counsel-Typed)                  (Counsel for Appellee)

_____           _____
(Address)                                (Address)

_____           _____
(Tel. No. - U.S. Gov't. FTS or Other)    (Tel. No. - U.S. Gov't. FTS or Other)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for
appellees cannot be listed on the notice of appeal sheet.