UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-1158

ROBERT L. WARD, JR.,

Appellant

v.

DEFENSE LOGISTICS AGENCY
DEFENSE DISTRIBUTION CENTER

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(M.D. Pa. Civ. No. 00-cv-01126)
District Judge: Honorable Yvette Kane

Submitted Under Third Circuit LAR 34.1(a)
June 10, 2004

Before: ALITO, MCKEE AND COWEN, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the District

Court entered on December 9, 2003 be, and the same is, hereby affirmed. Costs taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

DATED: August 24, 2004

Certified as a true copy and issued in lieu
of a formal mandate on October 15, 2004

Teste: *Kathleen Browne*

**Chief Deputy Clerk, U.S. Court of Appeals for the Third Circuit.**